UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                      -against-

Andre Felton,
-----------------------------------------------------------X

<u>ORDER</u>

17-CR-21 (ALC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **9-8-21**

ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **September 14, 2021** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       September 8, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE