UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

United States of America,

                              **ORDER**

                              17-CR-21 (ALC)

      -against-

Andre Felton,
---------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

The Sentencing set for September 14, 2021 is adjourned to **October 12, 2021** at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
       September 13, 2021

                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE