```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-

ANDRE FELTON,

                  Defendant.
------------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The sentencing set for October 12, 2021 is adjourned to **October 27, 2021** at **3:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            October 6, 2021

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**